IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DENNIS E. ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV05-318-S-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| OLIVIA CRAVEN ROBIN SANDY, | ) | |
| DEL RAY HOLM, BUD BRINEGAR, | ) | |
| JANIE DRESSEN, and MIKE | ) | |
| MATTHEWS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 6, 2007, the Court entered an Order dismissing this action with

prejudice.  Based upon that Order, and the Court being fully advised in the premises, IT IS

HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED

with prejudice.

DATED:  **September 6, 2007**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**